IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FATOUMATA SAMOURA | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 20-5178 |
| | : | |
| TRANS UNION LLC | : | |

# ORDER

AND NOW, this 10th day of March 2021, upon considering Defendant's Motion for judgment on the pleadings (ECF Doc. No. 15), Plaintiff's Notice of adverse authority (ECF Doc. No. 20), Plaintiff's Response and Cross-Motion for judgment or to amend (ECF Doc. No. 22), Defendant's Reply (ECF Doc. No.23), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Defendant's Motion for judgment (ECF Doc. No. 15) on the Complaint is **GRANTED**; and,

2. Plaintiff's Cross-Motion for judgment (ECF Doc. No. 22) is **DENIED in part** and **GRANTED in part** solely to allow her leave to file an amended Complaint no later than **March 23, 2021** if she can do so consistent with Fed.R.Civ.P. 11.

_____
**KEARNEY, J.**